IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5:21-CR-044-H |
| LARRY LEE HARRIS | |

### AGREED STIPULATION REGARDING COMPETENCY

The United States of America (the "Government") and Larry Lee Harris, through his attorney, Assistant Federal Public Defender Sarah Gunter, file this agreed stipulation as follows:

### Stipulation

IT IS HEREBY AGREED AND STIPULATED as follows:

The report dated July 21, 2021, consisting of an 8-page report regarding competency to stand trial, pertaining to defendant Larry Lee Harris prepared by Jessica Micono, Psy.D., Forensic Psychologist, be received by this Court in evidence by stipulation, without further evidentiary predicate or the necessity of testimony on the part of Dr. Micono.

### Motion to Commit for Restoration of Competency and Evaluation of Sanity at the Time of the Offense

Title 18, United States Code, Section 4241(d), states that: "[i]f, after the hearing, the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent . . . the

**Agreed Stipulation and Motion Regarding Mental Competency - Page 1**

court shall commit the defendant to the custody of the Attorney General." That section directs the Attorney General, in turn, to hospitalize the defendant for treatment in a suitable facility for a "reasonable period of time, not to exceed four months" in order to determine whether there is a substantial probability that the defendant will be restored to competency in the foreseeable future. Accordingly, the Government respectfully asks the Court to commit Harris to the custody of the Attorney General in order for mental health professionals to make this determination.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail: callie.woolam@usdoj.gov

Agreed and Stipulated By:

SARAH GUNTER
Attorney for Defendant

8/18/2021
Date

Agreed Stipulation and Motion Regarding Mental Competency - Page 2