IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY LEE HARRIS | NO. 5:21-CR-044-H |

## MOTION TO DISMISS AND BRIEF IN SUPPORT

The United States of America ("Government"), in accordance with Rule 48 of the Federal Rules of Criminal Procedure, asks the Court to dismiss the indictment in this case.

On March 25, 2021, complaint number 5:21-MJ-036 was filed against Larry Lee Harris for an incident that occurred on March 22, 2021.  *See* Dkt. No. 1.  On April 14, 2021, a federal grand jury indicted Harris for eleven counts of Assaulting a Federal Officer Using a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).  Dkt. No. 6.  Harris was brought into federal custody and his initial appearance was held on April 21, 2021.  Dkt. No. 10.  During the pendency of these proceedings, it was discovered that Harris had a terminal medical condition.  Harris passed away on August 22, 2022.

Accordingly, the Government asks the Court to dismiss the indictment.

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


*/s Callie Woolam*
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:	806-472-7564
Facsimile:	806-472-7394
E-mail:	callie.woolam@usdoj.gov